UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
HOGAN, MICHAEL R § Case No. 11-23710 PSH
HOGAN, MARIA R §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/15/2014 in Courtroom 644,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/14/2014     By: UNITED STATES BANKRUPTCY
                                COURT
                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:  §
  §
HOGAN, MICHAEL R  §  Case No. 11-23710 PSH
HOGAN, MARIA R  §
  §
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.66 |
| and approved disbursements of | $ | 314.56 |
| leaving a balance on hand of[1] | $ | 9,686.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,750.07 | $ 0.00 | $ 1,750.07 |
| Trustee Expenses: RONALD R. PETERSON | $ 15.69 | $ 0.00 | $ 15.69 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,765.76 |
| Remaining Balance | | $ | 7,920.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,208,579.82  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 10,033.40 | $ 0.00 | $ 65.75 |
| 000002 | SNSFE Law 20 North Wacker Suite 2900 Chicago, IL 60606 | $ 99,210.79 | $ 0.00 | $ 650.17 |
| 000003 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ 9,457.30 | $ 0.00 | $ 61.98 |
| 000004 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ 5,240.74 | $ 0.00 | $ 34.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 10,272.16 | $ 0.00 | $ 67.32 |
| 000006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 7,100.95 | $ 0.00 | $ 46.54 |
| 000007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 14,673.25 | $ 0.00 | $ 96.16 |
| 000008 | American Express Travel Related Services Co, Inc<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 492.00 | $ 0.00 | $ 3.22 |
| 000009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1,688.50 | $ 0.00 | $ 11.07 |
| 000010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 8,337.12 | $ 0.00 | $ 54.64 |
| 000011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 8,106.54 | $ 0.00 | $ 53.13 |
| 000012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 544.66 | $ 0.00 | $ 3.57 |
| 000013 | RBS Citizens, NA<br>Charles Koutsogiane<br>RJW Jefferson Blvd<br>Warwick, RI 02880 | $ 54,446.97 | $ 0.00 | $ 356.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000014 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 679.07 | $ 0.00 | $ 4.45 |
| 000015 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 12,528.24 | $ 0.00 | $ 82.10 |
| 000016 | JPMorgan Chase Bank, N.A.<br>c/o Robert F. Rabin<br>Thompson Coburn LLP<br>55 East Monroe Street, 37th Floor<br>Chicago, IL 60603 | $ 965,768.13 | $ 0.00 | $ 6,329.09 |

Total to be paid to timely general unsecured creditors     $        7,920.34

Remaining Balance     $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-23710-PSH
Michael R Hogan                                                       Chapter 7
Maria R Hogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: corrinal              Page 1 of 2              Date Rcvd: Apr 17, 2014
                               Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
```
db         #Michael R Hogan,    533 Evergreen,    Arlington Height, IL 60005-1919
jdb        #Maria R Hogan,    533 Evergreen,    Arlington Height, IL 60005-1919
17370652   +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
17895362    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17636416    American Express Travel Related Services,    Co, Inc,    c o Becket and Lee LLP,    POB 3001,
             Malvern, PA 19355-0701
17593785   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17370655   #Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
17370661   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: CitiBusiness Card,    PO Box 688901,    Des Moines, IA 50368-8901)
17370656   +Charter One Bank NA,    1215 Superior Ave,    Cleveland, OH 44114-3299
17370657   +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17656166    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17370658    Chase Mortgage,    PO Box 78116,    Phoenix, AZ 85062-8116
17370659   +Chase NA,    800 Booksledge Blvd,    Westerville, OH 43081-2822
17370660    Citi Cards,    Box 6000,    The Lakes, NV 89163-6000
17370662   +Columbus Inc,    1550 Old Henderson Rd,    Columbus, OH 43220-3626
17370663   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
            (address filed with court: DFS,    1 Dell Way,    Round Rock, TX 78682)
17370665    FIA Card Services,    PO Box 851001,    Dallas, TX 75285-1001
17370666    First National Bank,    PO Box 2557,    Omaha, NE 68103-2557
17370667   +Harris Bank,    PO Box 5041,    3800 Golf Road, Suite 300,    Rolling Meadows, IL 60008-4037
17370670   #+IBM Lender Business Pro Serv.,    PO Box 7162,    Pasadena, CA 91109-7162
17939177   +JPMorgan Chase Bank, N.A.,    c/o Robert F. Rabin,    Thompson Coburn LLP,
             55 East Monroe Street, 37th Floor,    Chicago, IL 60603-6029
17370671   +Jeff Whitehead,    211 W Wacker Drive,    Suite 750,    Chicago, IL 60606-1353
17370672   +Keough & Moody,    1250 E Diehl Road,    Suite 405,    Naperville, IL 60563-9389
17370673   +Michael D Fine,    131 S Dearborn,    Floor 5,    Chicago, IL 60603-5571
17370674   +Pierce & Associates,    1 N Dearborn,    Suite 1300,    Chicago, IL 60602-4373
17680316    RBS Citizens, NA,    Charles Koutsogiane,    RJW Jefferson Blvd,    Warwick, RI 02880
17370675   +Scientific Publishing,    125 Joey Drive,    Elk Grove Villag, IL 60007-1303
17370676   +Senniug Properties, LLC,    125 Joey Drive,    Elk Grove Villag, IL 60007-1303
17370677   +Simple Leaf, Inc.,    PO Box 98,    Arlington Height, IL 60006-0098
17370680   +Thompson Coburn Fagelhabe,    55 East Monroe,    Chicago, IL 60603-6029
17370681   +Tom Schild,    125 Joey Drive,    Elk Grove Village, IL 60007-1303
17370682   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US Bank,    PO Box 790179,    Saint Louis, MO 63179-0179)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17370653   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 18 2014 00:40:02     Aurora Loan Services,
             PO Box 1706,    Scottsbluff, NE 69363-1706
17571418    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2014 00:44:07     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17370664    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2014 00:44:07     Discover Card,   PO Box 6103,
             Carol Stream, IL 60197-6103
17922449   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2014 00:45:51
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17370679    Thomas W Schild
17370669*   Maria R Hogan,    533 Evergreen,    Arlington Height, IL 60005-1919
17370668*   Michael R Hogan,    533 Evergreen,    Arlington Height, IL 60005-1919
17370654   ##+Bank of America,    PO Box 1598,    Norfolk, VA 23501-1598
17370678   ##+SNSFE Law,    20 North Wacker,    Suite 2900,    Chicago, IL 60606-3101
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: Apr 17, 2014
                               Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2014 at the address(es) listed below:
              Jeff A Whitehead    on behalf of Joint Debtor Maria R Hogan jeffwhitehead_2000@yahoo.com,
               jeffwhiteheadlawnotices@gmail.com
              Jeff A Whitehead    on behalf of Debtor Michael R Hogan jeffwhitehead_2000@yahoo.com,
               jeffwhiteheadlawnotices@gmail.com
              Lydia Y Siu    on behalf of Creditor    IBM Lender Business Process Services Inc
               lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 5
```