# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                     §
                                           §
HOGAN, MICHAEL R                           §      Case No. 11-23710 PSH
HOGAN, MARIA R                             §
                                           §
                                           §
            Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/RONALD R. PETERSON _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Aurora Loan Services PO Box 1706 Scottsbluff NE 69363 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Chase Mortgage PO Box 78116 Phoenix AZ 85062-8116 | | | | | |
| | Creditor # : 3 Harris Bank PO Box 5041 3800 Golf Road, Suite 300 Rolling Meadows IL 60008 | | | | | |
| | Creditor # : 4 US Bank PO Box 790179 Saint Louis MO 63179-0179 | | | | | |
| | Representing: Aurora Loan Services | | | | | |
| | Representing: Aurora Loan Services | | | | | |
| | Representing: Chase Mortgage | | | | | |
| | Representing: Harris Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 American Express PO Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | Creditor # :10 Chase NA 800 Booksledge Blvd Westerville OH 43081 | | | | | |
| | Creditor # :11 Chase NA 800 Booksledge Blvd Westerville OH 43081 | | | | | |
| | Creditor # :12 Chase NA 800 Booksledge Blvd Westerville OH 43081 | | | | | |
| | Creditor # :13 Citi Cards Box 6000 The Lakes NV 89163-6000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :14 CitiBusiness Card PO Box 688901 Des Moines IA 50368-8901 | | | | | |
| | Creditor # :15 Columbus Inc 1550 Old Henderson Rd Columbus OH 43220 | | | | | |
| | Creditor # :16 DFS 1 Dell Way Round Rock TX 78682 | | | | | |
| | Creditor # :17 Discover Card PO Box 6103 Carol Stream IL 60197-6103 | | | | | |
| | Creditor # :18 FIA Card Services PO Box 851001 Dallas TX 75285-1001 | | | | | |
| | Creditor # :19 First National Bank PO Box 2557 Omaha NE 68103-2557 | | | | | |
| | Creditor # :2 American Express PO Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | Creditor # :20 SNSFE Law 20 North Wacker Suite 2900 Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :21 Tom Schild 125 Joey Drive Elk Grove Village IL 60007 | | | | | |
| | Creditor # :3 Bank of America PO Box 1598 Norfolk VA 23501 | | | | | |
| | Creditor # :4 Bank of America PO Box 15026 Wilmington DE 19850-5026 | | | | | |
| | Creditor # :5 Bank of America PO Box 15026 Wilmington DE 19850-5026 | | | | | |
| | Creditor # :6 Bank of America PO Box 15026 Wilmington DE 19850-5026 | | | | | |
| | Creditor # :7 Charter One Bank NA 1215 Superior Ave Cleveland OH 44114 | | | | | |
| | Creditor # :8 Chase PO Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :9 Chase NA 800 Booksledge Blvd Westerville OH 43081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Chase | | | | | |
| | Representing: Chase NA | | | | | |
| | Representing: Chase NA | | | | | |
| | Representing: Chase NA | | | | | |
| 000014 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000013 | RBS CITIZENS, NA | | | | | |
| 000002 | SNSFE LAW | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:     1

Exhibit 8

| Case No: | 11-23710 | Judge: PAMELA S. HOLLIS |
|---|---|---|
| Case Name: | HOGAN, MICHAEL R | |
| | HOGAN, MARIA R | |
| For Period Ending: | 10/14/14 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 06/04/11 (f) |
| 341(a) Meeting Date: | 07/18/11 |
| Claims Bar Date: | 10/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence (SFH) at 533 S Evergreen, Arlington | 305,000.00 | 0.00 | | 0.00 | FA |
| 2. Industrial Property at 125-129 Joey Drive, Elk | 342,500.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account at Chase Bank Location: In bank's | 250.00 | 0.00 | | 0.00 | FA |
| 5. Basic Used Household Furnishings Location: In debt | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Used Books, Music CDs & DVDs Location: In debtor's | 100.00 | 0.00 | | 0.00 | FA |
| 7. Basic Used Wearing Apparel Location: In debtor's p | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Costume Jewelry Location: In debtor's possession | 150.00 | 0.00 | | 0.00 | FA |
| 9. IRA with Charles Schwab Location: In debtor's poss | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Scientific Publishing Ltd - 33% Ownership Interest | 0.00 | 0.00 | | 10,000.00 | FA |
| 11. Senniug Properties - 50% Ownership.  Stock has no | 0.00 | 0.00 | | 0.00 | FA |
| 12. Simple Leaf Inc - Wife has 100% Interest. Stock ha | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Volvo XC 70 in good condition with 90,000 mil | 10,000.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 11-23710 | Judge: PAMELA S. HOLLIS |
| Case Name: | HOGAN, MICHAEL R | |
| | HOGAN, MARIA R | |

| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 06/04/11 (f) |
| 341(a) Meeting Date: | 07/18/11 |
| Claims Bar Date: | 10/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.66 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $661,600.00 | $0.00 | | $10,000.66 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 4/10/14.

January 30, 2012, 01:25 pm.  Interest in scientific company sold.  I have an interest in real estate which is for sale.
Industrial Building.
April 29, 2013, 08:24 am.  Industrial Building still on block.
March 6, 2013.  Case ready for closing.  TFR will be filed this month.

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

_____   Date: _____
RONALD R. PETERSON

FORM 2                                                                                                              Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-23710 -PSH | |
| Case Name: | HOGAN, MICHAEL R | |
| | HOGAN, MARIA R | |
| Taxpayer ID No: | *******0729 | |
| For Period Ending: | 10/14/14 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8505  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,910.04 | | 9,910.04 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.11 | 9,903.93 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.31 | 9,897.62 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.10 | 9,891.52 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.30 | 9,885.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,870.53 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 9,857.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,842.62 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.16 | 9,828.46 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.61 | 9,813.85 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,799.73 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.57 | 9,785.16 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.55 | 9,770.61 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,756.55 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.51 | 9,742.04 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,728.02 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.46 | 9,713.56 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 9,699.12 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.02 | 9,686.10 |
| 05/19/14 | 030001 | Ronald R. Peterson | Trustee's compensation | 2100-000 | | 1,750.07 | 7,936.03 |
| | | Jenner & Block | | | | | |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Il 60654-3456 | | | | | |
| 05/19/14 | 030002 | Ronald R. Peterson | Trustee's expenses | 2200-000 | | 15.69 | 7,920.34 |
| | | 353 North Clark Street | | | | | |
| | | Chicago, Illinois 60654-3456 | | | | | |
| 05/19/14 | 030003 | Discover Bank | Final distribution | 7100-000 | | 65.75 | 7,854.59 |
| | | DB Servicing Corporation | | | | | |

|  | Page Subtotals | 9,910.04 | 2,055.45 |
|---|---|---|---|

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-23710  -PSH | Trustee Name:  RONALD R. PETERSON |
| Case Name: | HOGAN, MICHAEL R | Bank Name:  ASSOCIATED BANK |
| | HOGAN, MARIA R | Account Number / CD #:  *******8505  Checking Account |
| Taxpayer ID No: | *******0729 | |
| For Period Ending: | 10/14/14 | Blanket Bond (per case limit):  $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/19/14 | 030004 | PO Box 3025<br>New Albany, OH 43054-3025<br>SNSFE Law<br>20 North Wacker<br>Suite 2900<br>Chicago, IL 60606 | Final distribution | 7100-003 | | 650.17 | 7,204.42 |
| 05/19/14 | 030005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 34.34 | 7,170.08 |
| 05/19/14 | 030006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 61.98 | 7,108.10 |
| 05/19/14 | 030007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 67.32 | 7,040.78 |
| 05/19/14 | 030008 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 46.54 | 6,994.24 |
| 05/19/14 | 030009 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 96.16 | 6,898.08 |
| 05/19/14 | 030010 | American Express Travel Related Services Co, Inc<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 3.22 | 6,894.86 |
| 05/19/14 | 030011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 11.07 | 6,883.79 |
| 05/19/14 | 030012 | Chase Bank USA, N.A. | Final distribution | 7100-000 | | 54.64 | 6,829.15 |

Page Subtotals                                        0.00              1,025.44

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-23710 -PSH | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | HOGAN, MICHAEL R | Bank Name: | ASSOCIATED BANK |
| | HOGAN, MARIA R | Account Number / CD #: | *******8505  Checking Account |
| Taxpayer ID No: | *******0729 | | |
| For Period Ending: | 10/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 15145 Wilmington, DE 19850-5145 | | | | | |
| 05/19/14 | 030013 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 53.13 | 6,776.02 |
| 05/19/14 | 030014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 3.57 | 6,772.45 |
| 05/19/14 | 030015 | RBS Citizens, NA Charles Koutsogiane RJW Jefferson Blvd Warwick, RI 02880 | Final distribution | 7100-000 | | 356.81 | 6,415.64 |
| 05/19/14 | 030016 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 4.45 | 6,411.19 |
| 05/19/14 | 030017 | PYOD LLC its successors and Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Final distribution | 7100-000 | | 82.10 | 6,329.09 |
| 05/19/14 | 030018 | JPMorgan Chase Bank, N.A. c/o Robert F. Rabin Thompson Coburn LLP 55 East Monroe Street, 37th Floor Chicago, IL 60603 | Final distribution | 7100-000 | | 6,329.09 | 0.00 |
| * 09/02/14 | 030004 | SNSFE Law 20 North Wacker Suite 2900 Chicago, IL 60606 | Final distribution Check Never cashed | 7100-003 | | -650.17 | 650.17 |

| | | | Page Subtotals | | 0.00 | 6,178.98 | |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         11-23710  -PSH
Case Name:    HOGAN, MICHAEL R
                        HOGAN, MARIA R
Taxpayer ID No:  *******0729
For Period Ending: 10/14/14

Trustee Name:          RONALD R. PETERSON
Bank Name:             ASSOCIATED BANK
Account Number / CD #:   *******8505  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/02/14 | 030019 | BANKRUPTCY COURT CLERK 219 SOUTH DEARBORN ST. CHICAGO, IL 60604 | Final distribution | 7100-001 | | 650.17 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 9,910.04 | 9,910.04 | 0.00 |
| Less:  Bank Transfers/CD's | 9,910.04 | 0.00 | |
| Subtotal | 0.00 | 9,910.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,910.04 | |

Page Subtotals        0.00        650.17

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 11-23710 -PSH | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | HOGAN, MICHAEL R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HOGAN, MARIA R | | Account Number / CD #: | *******9386  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0729 | | | |
| For Period Ending: | 10/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/11 | 10 | Scientifc Publishing LTD | Sale of Peersonalty | 1129-000 | 10,000.00 | | 10,000.00 |
| | | SPL Commun ications | | | | | |
| | | 129 Joey Drive | | | | | |
| | | Elk Grove Village, Il 60007 | | | | | |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 10,000.06 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,000.15 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.11 | 9,987.04 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,987.12 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.87 | 9,975.25 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,975.33 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.26 | 9,963.07 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,963.15 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.66 | 9,950.49 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,950.57 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.64 | 9,937.93 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,938.01 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.81 | 9,926.20 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,926.29 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.02 | 9,913.27 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 9,913.29 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 3.25 | 9,910.04 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,910.04 | 0.00 |

Page Subtotals        10,000.66        10,000.66

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-23710  -PSH | |
| Case Name: | HOGAN, MICHAEL R | |
| | HOGAN, MARIA R | |
| Taxpayer ID No: | *******0729 | |
| For Period Ending: | 10/14/14 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9386  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,000.66 | 10,000.66 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 9,910.04 | |
| | | | Subtotal | | 10,000.66 | 90.62 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.66 | 90.62 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8505 | 0.00 | 9,910.04 | 0.00 |
| Money Market Account (Interest Earn - ********9386 | 10,000.66 | 90.62 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,000.66 | 10,000.66 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00              0.00

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*